

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00629-CR

**EX PARTE** Kenneth R. **McGRAW**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On October 5, 2015, relator filed a pro se petition for writ of habeas corpus which was dismissed for lack of jurisdiction in this court's opinion issued October 14, 2015. On October 15, 2015, relator filed a supplemental petition for writ of habeas corpus. Having considered relator's supplemental petition, the court has determined that it lacks jurisdiction to consider the petition. Accordingly, relator's supplemental petition is likewise DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

_____

[1] This proceeding arises out of Cause No. 2015CR6319, styled *The State of Texas v. Kenneth R. McGraw*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.